STANLEY L. GIBSON (047882)
JEREMY G. ZEITLIN (287962)
GIBSON ROBB & LINDH LLP
201 Mission Street, Suite 2700
San Francisco, California  94105
Telephone: (415) 348-6000
Facsimile: (415) 348-6001

Attorneys for Plaintiffs
COMMERCIAL METALS COMPANY and
ZURICH AMERICAN INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMERCIAL METALS COMPANY, a corporation; and ZURICH AMERICAN INSURANCE COMPANY, a corporation;<br><br>Plaintiffs,<br><br>v.<br><br>DAEBO SHIPPING CO., LTD., a foreign corporation, *in personam;* DAEBO INTERNATIONAL SHIPPING CO., LTD., a foreign corporation, *in personam;* and M.V. FATHER NEPTUNE, her machinery, tackle, and engines, etc., *in rem;*<br><br>Defendants. | Case No. CV 13 3681<br><br>**APPLICATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE, ADR PROCESS SELECTION, AND RULE 26 INITIAL DISCLOSURES TO ALLOW PLAINTIFFS TO SERVE INTERNATIONAL DEFENDANTS**<br><br>Magistrate Judge: Maria-Elena James |

Plaintiffs COMMERCIAL METALS COMPANY and ZURICH AMERICAN INSURANCE COMPANY ("Plaintiffs") respectfully request the Court to continue the date for the Case Management Conference, and accordingly also continue the attendant deadlines for ADR Process Selection and Rule 26 Initial Disclosures.

Plaintiffs make this request because Defendants DAEBO SHIPPING CO., LTD., DAEBO INTERNATIONAL SHIPPING CO., LTD., and the M.V. FATHER NEPTUNE ("Defendants") have not been served yet with a complaint.

1  Defendants are all South Korean entities, and therefore may only be served under
2  the Hague Convention.
3      Plaintiffs filed their complaint against Defendants on August 8, 2013.
4  Plaintiffs attempted to serve Defendants informally by mail on August 20, 2013.
5  On September 9, 2013, counsel for Defendants informed Plaintiffs that Defendants
6  would not accept service by mail, and would require Plaintiff to formally serve
7  Defendants under the Hague Convention.
8      Plaintiffs intend to serve Defendants in South Korea under the Hague
9  Convention, and expect this process will require approximately 8 months time.
10     Accordingly, Plaintiffs request that the Court continue the Case
11 Management Conference from its current date of November 7, 2013 to July ~~8~~, 10
12 2014 or a nearby date at the Court's convenience so Plaintiffs are able to serve
13 Defendants in South Korea.  Plaintiffs also request that all attendant deadlines for
14 ADR Process Selection and Rule 26 Initial Disclosures be continued to new dates
15 consistent with the date the Court sets for the Case Management Conference.

17 DATED: October 17, 2013            GIBSON ROBB & LINDH LLP

19                                     By: S/ JEREMY G. ZEITLIN
20                                         Jeremy G. Zeitlin
                                           jzeitlin@gibsonrobb.com
21                                         Attorneys for Plaintiffs
                                           COMMERCIAL METALS
22                                         COMPANY and ZURICH
                                           AMERICAN INSURANCE
                                           COMPANY

25      **PURSUANT TO THE APPLICATION, IT IS SO ORDERED.**

27 Dated: October 17, 2013            _____
28                                    Judge Maria-Elena James

---

APPLICATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE, ADR PROCESS SELECTION, AND RULE 26 INITIAL DISCLOSURES TO ALLOW PLAINTIFFS TO SERVE INTERNATIONAL DEFENDANTS
CASE NO. CV 13 3681; OUR FILE NO. 5500.80